UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER NOEL MCDONALD,

    Plaintiff,

  v.

TONY MAZZA, MARIN FOX HIGHT, BLAIN LUX, CHRIS MOSES.

    Defendant.

CASE NO. C14-5618 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, and the remaining record, does hereby find and Order:

1. Plaintiff's complaint fails to state claim. The Court gave plaintiff an opportunity to cure the defects in the complaint and he failed to respond.

2. The Court orders that this action is dismissed with prejudice with the dismissal counting as a strike pursuant to 28 U.S.C. § 1915(g).

DATED this 21st day of November, 2014.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1